UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                                                               CASE NO. 5:20-CR-124-KKC-1

CORY JOHNS                                                                            DEFENDANT

RESPONSE TO SHOW CAUSE
** ** ** ** ** ** **

Comes Gerry L. Harris, counsel for Defendant, Cory Johns and for his response to the Order to Show Cause for failure to appear at the telephonic pretrial conference held July 20, 2021 at 4:30 p.m. and states the following:

1. That the order (doc#40) was entered by the Court on April 5, 2021.  Current counsel was appointed to represent Mr. Johns on April 19, 2021.  That I was aware of the order, however, I failed to place this event on my personal calendar.  That this failure was due to inadvertence and oversight and not in any way meant to disregard an order of this court.

2. Further, On July 19, 2021 I met with the Assistant U.S. Attorney in regards to this matter for approximately one- and one-half hours (1 ½) were we discussed whether the trial would take place or need a continuance.   Even then I did not think of the upcoming pretrial.  Mr. Johns advises that he intends to go to trial on this matter.  Further, we did discuss the possibility of the need to continue the trial in order to do more discovery and talk with additional witnesses.

3. Finally, in view of the co-defendants motion for rearrainment and possible statements she may make, the possibility of a motion to continue the trial is more likely.  I am scheduled to have

another conference with Mr. Johns on 7-24-21 to further discuss this issue and statements that may be made by the co-defendant to the detriment of Mr. Johns during the plea.

Respectfully submitted
Gerry L. Harris Law Office
201 W. Short St., Ste. 215
Lexington, KY 40507
(859) 233-4110
Glhlaw2@aol.com

/s/ Gerry L. Harris

Notice will be electronically mailed to:

Erin Roth  erin.roth@usdoj.gov