UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:20-CR-00124-KKC-MAS-1

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.

CORY N. JOHNS                                                                                   DEFENDANT

REQUEST FOR NOTICE OF INTENT TO USE RULE 404(b) EVIDENCE

Comes the Defendant, Cory Johns, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the Government provide reasonable notice in advance of trial to counsel for Defendant of the general nature of any evidence the Government intends to introduce at trial pursuant to Rule 404(b) of the Federal Rules of Evidence.

Respectfully submitted,

/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com
ATTORNEY FOR DEFENDANT
CORY N. JOHNS

CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ PATRICK F. NASH